# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1090**                          **September Term, 2014**

**FCC-14-28**

**Filed On:** September 11, 2014

Howard Stirk Holdings, LLC,

        Petitioner

    v.

Federal Communications Commission and
United States of America,

        Respondents

------------------------------

Minority Media and Telecommunications
Council, et al.,
        Intervenors
------------------------------

Consolidated with 14-1091, 14-1092, 14-1113

### A M E N D I N G   O R D E R

It is **ORDERED**, on the court's own motion, that the order filed September 11, 2014, be amended as follows:

Page 1, second ¶, line 3, delete dismiss and insert in lieu thereof transfer.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Amy Yacisin
                Deputy Clerk